**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ANNETTE M. BROWN,**
    **Plaintiff,**

**vs.**

                    **CIV. NO. 1:25-cv-00705-KG-LF**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**
    **Defendant.**

## <u>ORDER</u>

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No.10), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

/s/_____
KENNETH J. GONZALES[2]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Submitted by:

*s/ Aimee E. Durel*
AIMEE E. DUREL

ATTORNEY FOR DEFENDANT

Approved by:

*s/ electronically approved*
LAURA JOELLEN JOHNSON
Armstrong Johnson Law, LLC

ATTORNEY FOR PLAINTIFF