**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANNETTE M. BROWN,
      Plaintiff,

vs.

                                  **CIV. NO. 1:25-cv-00705-KG-LF**

FRANK BISIGNANO,
Commissioner of Social Security,
      Defendant.

**JUDGMENT**

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order

entered on September 24, 2025 (ECF No. 11),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff.

**IT IS SO ORDERED.**

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.